## WILLIS *vs.* WEST.

The act of 1859, which repealed the act of 1850, with the proviso that no attorney at law shall be allowed to give evidence derived "from the admission or confession of the opposite party after he has been employed in the case," is itself repealed by the act of 1866, which makes all persons competent except as therein excepted, and the latter act, while it declares that no attorney "shall be compellable to give evidence for or against his client," permits the attorney to testify as other witnesses, if he sees fit to do so, leaving the jury to judge of his credibility as of that of all other witnesses.

Witness. Attorney and client. Laws. Before Judge HALL. Pike Superior Court. October Adjourned Term, 1877.

West sued Willis in a justice court.. On the trial, plaintiff's attorney offered to testify to certain admissions made by defendant to him. The justice held him not to be a competent witness. Judgment was rendered for defendant. On *certiorari* by plaintiff, a new trial was awarded on account of the above ruling, and defendant excepted.

S. D. IRVIN, by brief, for plaintiff in error, cited Cobb's Dig. p. 280 ; act Feb. 21, 1850 ; acts 1859, p. 18 ; 13 *Ga.*, 268 ; 15 *Ib.*, 270 ; 16 *Ib.*, 460 ; 21 *Ib.*, 308 ; 24 *Ib.*, 454 ; 27 *Ib.*, 444 ; 28 *Ib.*, 315 ; 29 *Ib.*, 291 ; 32 *Ib.*, 173 ; Code, §§3854, 3797.

S. J. ROGERS : J. A. HUNT, for defendant.

JACKSON, Judge.

The circuit court sustained this *certiorari* on the ground that the testimony of the attorney at law was excluded by the justice of the peace because he testified, or offered to testify, to admissions of the other party to him after he was charged with the case. The act of 1850, which excluded attorneys from testifying in certain cases, was repealed by the act of 1859, with the following proviso : " *Provided*, nevertheless,

that no attorney at law shall be allowed to give evidence of any fact, or admission, or confession, which has come to his knowledge by the admission or confession of the opposite party after he has been employed as counsel in the case." Acts of 1859, p. 18.

The act of 1866 declares all persons competent, with certain exceptions therein named, and repeals all conflicting laws. Among the exceptions is this: "Nor shall any attorney be compellable to give evidence for or against his client." Acts of 1866, p. 138. The simple question is, does the act of 1866 repeal the act of 1859? We think that it does. It deals with attorneys, and declares that they shall not be forced to give evidence on either side, but leaves the matter at their option; and it expressly declares that *all persons*, attorneys included of course, shall be competent witnesses, except as therein excepted. They are, therefore, competent, though not compellable, to testify; and when they do testify they can testify as other witnesses, leaving their credibility for the jury.

The court was right, therefore, in our judgment, to sustain the *certiorari*.

Judgment affirmed.